**Order filed, January 17, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00908-CV

_____

**TLIG RESTURANTS, LLC, D/B/A JACK IN THE BOX, Appellant**

**V.**

**DEBRA  PENN, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-76128**

---

### ORDER

The reporter's record in this case was originally due December 11, 2019. *See* Tex. R. App. P. 35.1. On December 18, 2019, this court granted the court reporters request for extension of time to file the record until January 10, 2020. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court issues the following order.

We order Amanda Lynn King, the court reporter, to file the record in this appeal **within 30 days of the date of this order . No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Amanda Lynn King does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant.